# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| Marsha Byrd,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Amanda Laub,<br><br>　　　　　Defendant. | Case No. 2:23-cv-01173-APG-DJA<br><br>**Report and Recommendation** |

Plaintiff submitted an incomplete application to proceed *in forma pauperis* without a complaint. (ECF No. 1). On July 28, 2023, the Court denied Plaintiff's application and gave her until August 28, 2023, to apply to proceed *in forma pauperis* or pay the filing fee and to submit a complaint. (ECF No. 3). That deadline has passed. In ordering Plaintiff to file the application or pay the filing fee the Court explained that "[f]ailure to comply with this order will result in a recommendation to the district judge that this action be dismissed." (*Id*. at 2). To date, the Court has not received an application to proceed *in forma pauperis* or the filing fee.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED**.

# NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely

/ / /

objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: January 8, 2024

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE