UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARSHA BYRD,<br><br>　　　　Plaintiff<br><br>v.<br><br>AMANDA LAUB,<br><br>　　　　Defendant | Case No.: 2:23-cv-01173-APG-DJA<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 4] |

　　　　On January 8, 2024, Magistrate Judge Albregts recommended that I dismiss this case because plaintiff Marsha Byrd has not filed a complaint, paid the filing fee, or submitted a complete application to proceed *in forma pauperis* by the deadline he gave her. ECF No. 4.  Byrd did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　　　I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation (ECF No. 4) is accepted and this case is dismissed without prejudice.  The clerk of court is instructed to close this case.

　　　　DATED this 26th day of January, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE